FILED
SUPERIOR COURT
OF GUAM

2020 DEC 18 PM 1:57

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM,<br><br>                Plaintiff,<br><br>        vs.<br><br>JOHN WALTER CRUZ TUCK,<br><br>                Defendant. | Criminal Case No.: CF0185-20<br><br>**DECISION AND ORDER RE.<br>DEFENDANT'S MOTION TO MODIFY<br>PRE-TRIAL RELEASE CONDITIONS** |

This matter came before the Honorable Maria T. Cenzon on November 3, 2020, on Defendant John Walter Cruz Tuck (the "Defendant") Motion to Modify Conditions of Probation [sic][1] (the "Motion") filed on October 16, 2020. Notice of the Motion was served upon the parties on October 26, 2020. CR1.1 Form 3 (Oct. 26, 2020). Present at the hearing via Zoom platform were Defendant and his counsel F. Randall Cunliffe, Esq. of the Law Offices of Cunliffe & Cook. The People of Guam were not present at the noticed hearing, nor did the People file any written response to the Motion.[2] However, as the court must consider the merits of a motion, even if not opposed,[3] the court issued an Order After Hearing (Re. Victim Notification)(Nov. 4, 2020) compelling the People to submit information regarding compliance with notification requirements under the *Basic Bill of Rights for Victims,* as codified in 8 GCA

---

[1] The Defendant's Motion is styled as a Motion to Modify Conditions of Probation; however, as the matter is in pre-trial status, it is treated as a Motion to modify pre-trial release conditions as contained in the Order of Conditional release and Appearance Bond issued March 17, 2020.

[2] On November 3, 2020, the court's clerks attempted to contact the People's assigned counsel in order to determine whether he was experiencing difficulty in logging on to the Zoom hearings or if there were other scheduling concerns; however, repeated attempts to contact him were unsuccessful (approximately ten attempts in all).

[3] See, *Quitugua v. Flores*, 2004 Guam 19.

§ 160.50, by **November 13, 2020**. The Order was served upon all parties by electronic copy on November 4, 2020. As of December 18, 2020, the Government has failed to comply with the Court's Order. The Court took the Motion Under Advisement on November 16, 2020, as indicated in the Order.

On December 17, 2020, Defendant, by and through his counsel F. Randall Cunliffe, Esq., filed a *Declaration of Counsel In Support of Mot. to Modify Conditions of Probation* (Dec. 17, 2020) providing further justification in support of his motion, including that Defendant is the primary caregiver for his wife, who will be undergoing a medical procedure on December 18, 2020. Exhibit 1 to the Declaration is a medical excuse from American Medical Center, LLC, signed by John A. Fergurgur, M.D., indicating that the patient will have limited mobility and that Defendant will be assisting the patient during her recovery from December 18, 2020 to January 8, 2021. The People have continued to fail to file any response to the Defendant's Motion despite both the Defendant's Notice and the Court's Order compelling a response and information. Based upon the hardship request and upon the information on the record in the file of this matter, including that Defendant has not violated any of the terms of the Court's Order of Conditional Release, the Court **GRANTS** Defendant's Motion and Modifies the Order of Conditional Release as follows: Defendant shall be placed on **CURFEW** between the hours of **9:00 p.m. to 6:00 a.m.** and may not leave the residence during this time **EXCEPT FOR** emergency medical treatment for himself or members of his immediate family, or household. **ALL OTHER CONDITIONS OF RELEASE REMAIN IN EFFECT.**

Because this Order modifies Defendant's release conditions, the Court **ORDERS THE OFFICE OF THE ATTORNEY GENERAL** to inform the alleged victim in this matter with

notice of the change in the Defendant's release conditions, as mandated by the Crime Victim's Rights Act of 2004 (Title 8, Guam Code Annotated, Chapter 160)(the "Act").

**SO ORDERED** this _____ day of ___DEC 1 8 2020___ 2020.

_____

**HONORABLE MARIA T. CENZON**
**Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:

AG, R. Cunliffe

Date: 12/18/20  Time: 2:00

Antonio Q. Cruz

Deputy Clerk, Superior Court of Guam